IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ACTION TARGET INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CHALLENGE TARGETS, LLC, a Kentucky Limited Liability Company, WAL-MART STORES, INC., a Delaware corporation; MIDWAY ARMS, INC., d.b.a. MIDWAYUSA, a Missouri corporation; OPTICS PLANET, INC., an Illinois Corporation; BROWNELLS, INC., an Iowa corporation; and DOES 1-5,<br><br>        Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>No. 2:16-cv-01045-EJF<br><br>Judge Evelyn J. Furse |

THE COURT, having considered Plaintiff Action Target Inc.'s Notice of Voluntary Dismissal as to all Defendants from the above-captioned case pursuant to Rule 41(a)(1)(A)(i), and finding good cause therefore,

IT IS HEREBY ORDERD that the above-captioned suit is dismissed with prejudice.

DATED this 13th day of December, 2016.

        BY THE COURT:

        *Evelyn J. Furse*
        Evelyn J. Furse
        United States Magistrate Judge